UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF KENTCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| Shanika Jackson ) | | |
|    *Plaintiff* ) | | |
| ) | | |
| v. ) | Case No. | 3:16-cv-00268-CRS |
| ) | | |
| Service Financial Company ) | | |
|    *Defendant* ) | | |

**JOINT NOTICE**

Come Plaintiff, Shanika Jackson, and Defendant, Service Financial Company, each by counsel, and in compliance with the Court's May 18, 2018 Order (DE 29) hereby provide notice that on June 15, 2018 the parties reached a resolution of this matter. Having just reached a resolution as of the date of this filing, the parties are unable to tender a joint proposed Order of Dismissal at this time and anticipate tendering the same to the Court on or before June 29, 2018.

*/s/ James H. Lawson* (by permission)
James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com

and

James R. McKenzie
James R. McKenzie Attorney, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff, Shanika Jackson*

*/s/ Michelle L. Duncan*
Michelle L. Duncan
Edward H. Stopher
Boehl Stopher & Graves, LLP
400 West Market Street, Suite 2300
Louisville, KY 40202
Tel: (502) 589-5980
Fax: (502) 561-9400
E-mail: estopher@bsg-law.com
E-mail: mduncan@bsg-law.com
*Counsel for Defendant,*
*Service Financial Company*