UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SHANIKA JACKSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:16-CV-268-CHB |
| ) | |
| v. ) | |
| ) | |
| SERVICE FINANCIAL COMPANY, ) | **ORDER OF DISMISSAL** |
| ) | |
| Defendant. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Order in which the parties have advised the Court that they have reached a resolution of this matter [R. 34]. The Court construes this Order to be a Stipulation of Dismissal by the plaintiff and signed by all parties who have appeared, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. All dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 24th day of July, 2018.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY